NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of M.A. and M.A., children.  )
_____ )
                                        )
K.A.,                                        )
                                        )
      Appellant, )
                                        )
v.                                           )    Case No. 2D18-2298
                                        )
DEPARTMENT OF CHILDREN AND                   )
FAMILIES and GUARDIAN AD LITEM               )
PROGRAM,                                     )
                                        )
      Appellees. )
_____ )

Opinion filed October 17, 2018.

Appeal from the Circuit Court for Lee
County; Robert Branning, Judge.

Karen H. Brouse, Blue Ridge, Georgia for
Appellant.

Meredith K. Hall of Children's Legal
Services, Bradenton, for Appellee
Department of Children and Families.

Laura Lee, Tallahassee, and Rocco J.
Carbone, III, St. Augustine, for Appellee
Guardian Ad Litem Program.

PER CURIAM.

Affirmed.

KELLY, KHOUZAM, and CRENSHAW, JJ., Concur.